UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TIMOTHY STONE, as Parent and Next )
Friend of T.S., a Minor, RHONDA )
BLEDSOE, as Parent and Next Friend )
of M.B., a Minor, and PEARL )
DORSETT, as Parent and Next Friend of )
M.V., a Minor, )
)
                Plaintiffs, )
) 10-2011
   v. )
)
LONNIE NETZEL, in his individual and )
official capacity as an employee of the )
CITY OF KANKAKEE, a Municipal )
Corporation, THE BOARD OF )
EDUCATION OF KANKAKEE )
SCHOOL DISTRICT 111, and JASON )
WORDEN, BRADLEY NETZEL, and )
KYLE FLANIGAN, in their individual )
and official capacity as employees of )
The Board of Education of Kankakee )
School District 111, )
)
                Defendants. )

### ORDER APPROVING MAGISTRATE RECOMMENDATION

      A recommendation was filed by the Magistrate Judge in the above cause on July 14, 2010. More than fourteen days have elapsed since the filing of the recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

      The recommendation of the Magistrate Judge [55] is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The court agrees that Count IV should be dismissed for failure to state a claim upon which relief may be granted. The motion to dismiss [50] is granted. Count IV of the complaint is dismissed with prejudice.

                ENTERED this 3rd day of August, 2010.

                         **s/Harold A. Baker**

                         HAROLD A. BAKER
                         U.S. DISTRICT JUDGE